Michael J. Frevola
James H. Power
Marie E. Larsen
Warren E. Gluck
HOLLAND & KNIGHT LLP
31 West 52nd St.
New York, NY  10019
Telephone:  (212) 513-3200
Telefax:  (212) 385-9010
michael.frevola@hklaw.com
james.power@hklaw.com
marie.larsen@hklaw.com
warren.gluck@hklaw.com

ATTORNEYS FOR RESPONDENT
JSC NORVIK BANKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN HORN SHIPPING CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VOLANS SHIPPING COMPANY LIMITED and NORVIK BANKA, <br><br> Defendants. | Case No. 14-cv-2168 (JPO) <br><br> **NOTICE OF MOTION TO <br> <u>VACATE ATTACHMENT</u>** |

**PLEASE TAKE NOTICE THAT** Defendant JSC NORVIK BANKA, sued herein as NORVIK BANKA, pursuant to Rule E(4)(f) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, will move this Court at a time and date to be set by this Court for an order (1) vacating the

Attachment Order dated March 28, 2014 and/or (2) vacating the attachment of funds held in a correspondent bank account at Deutsche Bank Trust Company Americas.

Dated: July 15, 2014
      New York, New York

                                    HOLLAND & KNIGHT LLP
                                    *Attorneys for Respondents*

By: */s/ Michael J. Frevola*
     Michael J. Frevola
     James H. Power
     Marie E. Larsen
     Warren E. Gluck
     31 West 52nd Street
     New York, New York 10019
     Tel: (212) 513-3200 / Fax: (212) 385-9010
     michael.frevola@hklaw.com
     james.power@hklaw.com
     marie.larsen@hklaw.com
     warren.gluck@hklaw.com
     *Attorneys for Defendant*
     *JSC Norvik Banka*